



**Tails – Lifestyles of the San Diego Pet** is a new monthly glossy publication from *The San Diego Union-Tribune*. The magazine will debut October 19, via a targeted distribution of 30,000 copies at events and premium rack locations throughout San Diego County. Tails has animal magnetism, with original features and photos that spotlight the diverse and colorful spectrum of local pets and their owners. A panel of local pet experts will serve as special advisors to keep Tails fresh and interesting. Every month, Tails will feature an "Adopt-A-Pet" section and will donate 10 percent of all proceeds from the section to the San Diego Humane Society. Tails will give your ad a good home, showcasing your business for thousands of the county's affluent pet owners and animal lovers. So, get in on our new pet project. Visit TailsSD.com or call your Union-Tribune account representative, or (619) 293-1597, today.

**The San Diego Union-Tribune**

Call your account manager or (619) 293-1597 to reserve your space today.

EXHIBIT 1



*lifestyles of the San Diego Pet*

## Distribution

A targeted distribution of 30,000 will reach pet owners and enthusiasts, via a retail rack network with premium locations throughout the county, and select events.

## Rates and Ad Sizes

**Sign a Tails contract to receive your discounted rates.**

| Flat Rates-Full color | 1x-Rate | 3x-Rate | 6x-Rate | 12x-Rate |
|---|---|---|---|---|
| Back cover | $3,370 | $2,695 | $2,170 | $1,770 |
| Inside covers | 2,245 | 1,820 | 1,470 | 1,170 |
| Full page | 1,445 | 1,120 | 895 | 720 |
| 2/3 page | 1,020 | 795 | 620 | 520 |
| 1/2 page | 770 | 595 | 470 | 395 |
| 1/3 page | 570 | 445 | 370 | 320 |
| 1/6 page | 445 | 370 | 295 | 245 |
| 1/12-page marketplace coupon | 195 | 170 | 145 | 120 |

**Directory Ads**

Directory Listing.................. 3 lines.............................$65 .............. $45

All rates are net, non-commissionable and include placement on SignOnSanDiego.com for 30 days.

Cancellation must be received in writing two weeks prior to space reservation deadline.

## The San Diego pet market

- San Diego ranks 17th among the top 25 DMAs in terms of percent of households that own cats and/or dogs.
- 548,013 households own a pet.
- San Diego ranks 12th among the top 25 DMAs in terms of expenditures on pet services.
- San Diego ranks 7th among the top 25 DMAs in terms of expenditures on veterinary services.
- San Diegans spent over $500 million on pet-related products and services in 2006.

Sources: February 2006 - January 2007 San Diego Scarborough Report



| Full-Page bleed* 8.25" x 10.75" (trim size) | Full-Page non-bleed 7.25" x 10" | 2/3-Page vertical 4.75" x 10" | 1/2-Page horizontal 7.25" x 4.875" | 1/3-Page vertical 2.25" x 10" | 1/3-Page horizontal 4.75" x 4.875" | 1/6-Page horizontal 4.75" x 2.375" | 1/6-Page vertical 2.25" x 4.875" | 1/12-Page marketplace 2.3625" x 2.25" |

*Extend image to 8.75" x 11.25" for bleed.
Note: Copy or other material not intended to bleed off page must be kept a quarter-inch from page trim.

## Mechanical requirements

Printing: web offset
Line screen: 133
Dot gain: 17-22%

## Material submissions

Submit digital-ready files via our Web site **http://addesk.uniontrib.com**. Please submit PDF files in CMYK mode, B&W art should be grayscale. For settings in Acrobat, please contact your sales account manager for more information.

*Note: Ads requiring changes may incur additional charges.*

## Dates/Deadlines

**November 2007**
Space Reservation: 9/28
Publication: 10/19

**December 2007**
Space Reservation: 11/2
Publication: 11/23

**January 2008**
Space Reservation: 11/30
Publication: 12/21

**February 2008**
Space Reservation: 12/28
Publication: 1/18

**March 2008**
Space Reservation: 2/1
Publication: 2/22

**April 2008**
Space Reservation: 2/29
Publication: 3/21

**May 2008**
Space Reservation: 3/28
Publication: 4/18

**June 2008**
Space Reservation: 5/2
Publication: 5/23

**July 2008**
Space Reservation: 5/30
Publication: 6/20

**August 2008**
Space Reservation: 6/27
Publication: 7/18

**September 2008**
Space Reservation: 8/1
Publication: 8/22

**October 2008**
Space Reservation: 8/29
Publication: 9/19

*The San Diego Union-Tribune.*

Call your account manager or (619) 293-1597 to reserve your space today.

EXHIBIT 1

CS2007240