1   Lisa M. Martens (#195824/martens@fr.com)
Andrew M. Abrams (#229698/abrams@fr.com)
2   FISH & RICHARDSON P.C.
12390 El Camino Real
3   San Diego, California 92130
Telephone: (858) 678-5070
4   Facsimile: (858) 678-5099

5   Attorneys for Defendant
THE COPLEY PRESS, INC.

6

7

8                 UNITED STATES DISTRICT COURT

9             SOUTHERN DISTRICT OF CALIFORNIA

10

11  MANNIS COMMUNICATIONS, INC., a          Case No. 08 CV 0386 JAH POR
California corporation, dba SAN DIEGO
12  COMMUNITY NEWSPAPER GROUP               **JOINT MOTION FOR ORDER
                                            EXTENDING TIME FOR DEFENDANT
13             Plaintiff,                   TO FILE ANSWER**

14  v.

15   THE COPLEY PRESS, INC. an Illinois
corporation
16
               Defendant.
17

18        Plaintiff MANNIS COMMUNICATIONS, INC., (hereinafter "Mannis Communications")

19  and defendant THE COPLEY PRESS, INC. (hereinafter "Copley Press") (collectively, the

20  "Parties"), through their respective counsel, hereby jointly move, through their counsel, for an

21  Order to extend the time for Copley Press to file its Answer as follows:

22        WHEREAS, Copley Press' Answer to the First Amended Complaint filed by Mannis

23  Communications is currently due March 28, 2008; and

24        WHEREAS, the parties seek additional time to discuss potential settlement terms.

25        NOW THEREFORE, the Parties hereby jointly move as follows:

26        Copley Press' Answer to Mannis Communication's First Amended Complaint shall be due

27  on or before **April 28, 2008**.

28

                                    1                    Case No. 08 CV 0386 JAH POR

1    Dated: March 28, 2008            LAW OFFICES OF DARREN J. QUINN

2

3                                      By: _____
                                         Darren J. Quinn. Esq.

4                                          Alexander E. Papaefthimiou, Esq.
                                         Attorneys for Plaintiff

5                                          MANNIS COMMUNICATIONS, INC

6

7    Dated: March 28, 2008            FISH & RICHARDSON P.C.

8

9                                      By: _____

10                                        Lisa M. Martens, Esq.
                                       Andrew M. Abrams, Esq.

11

12                                        Attorneys for Defendant
                                       THE COPLEY PRESS, INC

10818421.doc

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## PROOF OF SERVICE

I am employed in the County of San Diego. My business address is Fish & Richardson P.C., 12390 El Camino Real, San Diego, California 92130. I am over the age of 18 and not a party to the foregoing action.

The certify that a true and correct copy of the above and foregoing document has been served on March 28, 2008 to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Local Civil Rule 5.4.

On March 28, 2008, I caused a copy of the following document(s):

**JOINT MOTION FOR ORDER EXTENDING TIME FOR DEFENDANT TO FILE ANSWER**

to be served on the interested parties in this action by placing a true and correct copy thereof, enclosed in a sealed envelope, and addressed as follows:

Darren J. Quinn                                          Attorneys For Plaintiff
Alexander E. Papaefthimiou                    MANNIS COMMUNICATIONS, INC.,
LAW OFFICES OF DARREN J. QUINN        dba SAN DIEGO COMMUNITY
12702 Via Cortina, Suite 105                   NEWSPAPER GROUP
San Diego, CA 92014
Telephone:  (858) 509-9401
Facsimile:  (858) 509-9411


I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

I declare under penalty of perjury that the above is true and correct. Executed on March 28, 2008, at San Diego, California.

_____
Nicole C. Pino

Case No. 08 CV 0386 JAH POR