UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANNIS COMMUNICATIONS, INC., a California corporation, dba SAN DIEGO COMMUNITY NEWSPAPER GROUP<br><br>Plaintiff,<br><br>v.<br><br>THE COPLEY PRESS, INC. an Illinois corporation<br><br>Defendant. | Case No. 08 CV 0386 JAH POR<br><br>**ORDER GRANTING JOINT MOTION FOR ORDER EXTENDING TIME FOR DEFENDANT TO FILE ANSWER** |

   Plaintiff MANNIS COMMUNICATIONS, INC., (hereinafter "Mannis Communications") and defendant THE COPLEY PRESS, INC. (hereinafter "Copley Press") (collectively, the "Parties"), through their respective counsel, have jointly moved for an Order extending the time for Copley to file its Answer to April 28, 2008.

   Pursuant to the Parties' joint motion, and good cause appearing therefore, IT IS HEREBY ORDERED that Defendant Copley Press' Answer to Mannis Communication's First Amended Complaint shall be due on or before April 28, 2008.

Dated: March 28, 2008

_____
HON. JOHN A. HOUSTON
UNITED STATES DISTRICT JUDGE

10818445.doc

1                    Case No. 08 CV 0386 JAH POR