UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANNIS CORPORATION, INC., a California corporation doing business as San Diego Community Newspaper Group,<br><br>　　　　　　　　　　　　　　　Plaintiff,<br><br>　v.<br><br>THE COPLEY PRESS, INC., an Illinois Corporation,<br><br>　　　　　　　　　　　　　　　Defendant. | Civil No.　08-cv-0386-JAH (POR)<br><br>**ORDER FOLLOWING EARLY NEUTRAL EVALUATION CONFERENCE, SCHEDULING RULE 26 COMPLIANCE AND NOTICE OF CASE MANAGEMENT CONFERENCE** |

On June 9, 2008, the Court held an Early Neutral Evaluation. David Mannis and Julie Hoisington appeared as representatives for Plaintiff, with Darren Quinn appearing as counsel. Scott Whitley appeared as representative of Defendant, with Andrew Adams and Lisa Martens appearing as counsel. The case did not settle. After consulting with counsel and discussing compliance with Federal Rule of Civil Procedure 26, IT IS HEREBY ORDERED:

1. The Rule 26(f) conference shall be completed on or before **July 7, 2008**.
2. A Discovery Plan shall be lodged with the chambers of the Honorable Louisa S Porter via email to efile_porter@casd.uscourts.gov on or before **July 17, 2008**.
3. Pursuant to Federal Rule of Civil Procedure 26(a)(1)(A-D), initial disclosures shall be made on or before **July 24, 2008**.

///

///

- 1 -

4. Pursuant to Federal Rule of Civil Procedure 16(b), a Case Management Conference shall be held on **July 31, 2008** at **9:30 a.m.** The conference shall be <u>telephonic</u>, with <u>attorneys only</u>. Plaintiff's counsel shall initiate and coordinate the call.

5. Plaintiff's counsel shall serve a copy of this order on any parties that enter this case hereafter.

6. Failure of any counsel or party to comply with this order may result in sanctions.

DATED: June 10, 2008

LOUISA S PORTER
United States Magistrate Judge

cc: The Honorable John A. Houston
all parties