UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANNIS CORPORATION, INC., a California corporation doing business as San Diego Community Newspaper Group,<br><br>Plaintiff,<br><br>v.<br><br>THE COPLEY PRESS, INC., an Illinois Corporation,<br><br>Defendant. | Civil No.   08-cv-0386-JAH (POR)<br><br>**ORDER SCHEDULING SETTLEMENT DISPOSITION CONFERENCE** |

A Case Management Conference was scheduled in this case for July 31, 2008. Counsel for the parties - David Mannis for Plaintiff, and Lisa Martens for Defendant - contacted chambers on July 31, 2008 and represented that the parties have reached a settlement. The parties shared the terms of their settlement agreement with the Court and requested additional time than the Court typically grants for submission of a joint motion for dismissal, so that the settlement agreement's term can be executed prior to dismissal. Based on the terms of the settlement agreement, the Court finds good cause to grant the parties' request for an extended deadline to submit their joint motion for dismissal. IT IS HEREBY ORDERED:

1. A Joint Motion for Dismissal shall be submitted to the Honorable John A. Houston on or before **September 25, 2008.** A courtesy copy shall be delivered to the chambers of the Honorable Louisa S. Porter. The courtesy copy may be lodged with chambers via e-mail to efile_Porter@casd.uscourts.gov.

2. If a Joint Motion for Dismissal is not submitted on or before September 25, 2008, then a Settlement Disposition Conference shall be held on **September 26, 2008,** at **9:30 a.m.** before Judge Porter. The conference shall be <u>telephonic</u>, with <u>attorneys only</u>. Defendant's counsel shall arrange and initiate the conference call.

3. If a Joint Motion for Dismissal is received on or before September 25, 2008, the Settlement Disposition Conference shall be VACATED without further court order.

DATED: August 8, 2008

LOUISA S PORTER
United States Magistrate Judge

cc:    The Honorable John A. Houston

       all parties